UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ Fourth _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Manuel Alfonso Fernandez    JOINT DEBTOR: _____    CASE NO.: 18-22203-BKC-RBR

SS#: xxx-xx- 8794    SS#: xxx-xx- ____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☒ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☒ |
| Nonstandard provisions, set out in Section VIII | ☐ | ☒ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,991.83 for months 1 to 5 ;
2. $4,315.38 for months 6 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

| Total Fees: $3650.00 | Total Paid: $2000.00 | Balance Due: $1650.00 |
|---|---|---|

Payable $1,650.00 /month (Months 1 to 1 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 + $150.00 (Costs) = $3,650.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: McCormick 105, LLC / BSI Financial Services

   Address: BSI Financial Services
   P.O. Box 679002
   Dallas, TX 75267

   Last 4 Digits of Account No.: 6738

   Arrearage/ Payoff on Petition Date $111,445.35 @ 5.25% = $126,954.00

   Payoff (Including 5.25% monthly interest) $100.00 /month (Months 1 to 1 )

   Payoff (Including 0% monthly interest) $1,500.00 /month (Months 2 to 5 )

   Payoff (Including 0% monthly interest) $2,197.35 /month (Months 6 to 60 )

   Other: _____

Debtor(s): Manuel Alfonso Fernandez     Case number: 18-22203-BKC-R

☑ Real Property
   ☑ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☑ The debtor(s) will pay   ☑ taxes   ☑ insurance directly

Address of Collateral:
3725 South Ocean Dr #423, Hollywood, FL 33019

☐ Personal Property/Vehicle

Description of Collateral: 3725 South Ocean Dr #423, Hollywood, FL 33019

2. Creditor: McCormick 105, LLC / BSI Financial Services

Address: BSI Financial Services
P.O. Box 679002
Dallas, TX 75267

Last 4 Digits of Account No.: 6738

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $3,067.00 | |
| Arrears Payment (Cure) | $20.00 | /month (Months 1 to 1 ) |
| Arrears Payment (Cure) | $30.00 | /month (Months 2 to 5 ) |
| Arrears Payment (Cure) | $53.22 | /month (Months 6 to 60 ) |

Other: Post Petition Per Notice of Post petition Mortgage Fees, Expenses and Charges (Claim #5) ($2,822 + $245 = $3,067)

☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle

Description of Collateral: 3725 South Ocean Dr #423, Hollywood, FL 33019

Debtor(s): Manuel Alfonso Fernandez        Case number: 18-22203-BKC-R

    B. **VALUATION OF COLLATERAL:** ☒ NONE

    C. **LIEN AVOIDANCE** ☒ NONE

    D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ☐ NONE

        ☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

        ☐ Other: _____

| # | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Federal Home Loan Mortgage C c/o Select Portfolio Servicing, Inc. | 0790 | 1614 SW 73 Street, Miami Fl 33193 |

    E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ☐ NONE

        ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| # | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Sea Air Towers Condominium Association | 423 | 3725 South Ocean Dr #423, Hollywood, FL 33019 |
| 2. | Broward County c/o Records, Taxes and Treasury | 0690 | 3725 South Ocean Dr #423, Hollywood, FL 33019 2018 Property Taxes |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

    B. **INTERNAL REVENUE SERVICE:** ☒ NONE

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE     ☐ CURRENT AND PAID OUTSIDE

        1. Name of Creditor: Gloria M. Fernandez c/o Reiner & Reiner PA

        Payment Address: 9100 South Dadeland Blvd. #901, Miami Florida 33156

        Total Due: $90,000.00

        Payable $40.75 /month (Months 1 to 1 )

        Payable $280.75 /month (Months 2 to 5 )

        Payable $1,615.21 /month (Months 6 to 60 )

        Regular Payment (if applicable) $0.00 /month (Months 1 to 60 )

    D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A. Pay $0.00 /month (Months 1 to 5 )

        Pay $57.29 /month (Months 6 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ☒ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

Debtor(s): Manuel Alfonso Fernandez    Case number: 18-22203-BKC-R

☐ NONE

■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | Americredit / GM | 2018 Chevrolet Equinox | 1874 | ■ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Manuel Alfonso Fernandez    Debtor    March 13, 2019
Manuel Alfonso Fernandez    Date

_____    Joint Debtor    _____
                                                              Date

/s/ Patrick L. Cordero, Esq.    March 13, 2019
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**